No. A–265. LORENZINI ET UX. *v.* NEW JERSEY ET AL. Super. Ct. N. J., App. Div. Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. A–270 (87–544). COOMBE, SUPERINTENDENT, EASTERN CORRECTIONAL FACILITY *v.* ESCALERA. C. A. 2d Cir. Application of Robert Escalera for bail, presented to JUSTICE MARSHALL, and by him referred to the Court, denied.

No. A–284. ROSENTHAL *v.* STATE BAR OF CALIFORNIA. Sup. Ct. Cal. Application for stay and other relief, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. D–651. IN RE DISBARMENT OF RIGOLOSI, 483 U. S. 1051. Motion to defer filing a response to the rule to show cause denied.

No. 105, Orig. KANSAS *v.* COLORADO. It is ordered that Arthur L. Littleworth, Esq., of Riverside, Cal., be appointed Special Master in place of the Honorable Wade H. McCree, Jr., deceased.

The Special Master shall have authority to fix the time and conditions for the filing of additional pleadings and to direct subsequent proceedings, and authority to summon witnesses, issue subpoenas, and take such evidence as may be introduced and such as he may deem it necessary to call for. The Special Master is directed to submit such reports as he may deem appropriate.

The compensation of the Special Master, the allowances to him, the compensation paid to his legal, technical, stenographic, and clerical assistants, the cost of printing his report, and all other proper expenses, including travel expenses, shall be charged against and be borne by the parties in such proportion as the Court may hereafter direct. [For earlier order herein, see, *e. g.*, 478 U. S. 1018.]

No. 86–181. DIXON *v.* WESTINGHOUSE ELECTRIC CORP. C. A. 4th Cir. Motion of the Solicitor General for leave to file a supplemental brief as *amicus curiae* granted.